UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHUKUDI WOMACK,

       Plaintiff,

Case No. 1:19-cv-204

v.

Honorable Paul L. Maloney

JOHN DAVIDS et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: April 17, 2019            /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge